**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2792**

_____

RICKY L. LEWIS,

Plaintiff - Appellant,

versus

EDMOND J. MATKO, Prosecuting Attorney of Har-
rison County, and individually; J. W. MCGAHAN,
as police officer for the City of Clarksburg,
WV and individually; THOMAS A. BEDELL, Judge
of Harrison County and parties unknown,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  Irene M. Keeley, District
Judge.  (CA-96-200-1)

_____

Submitted:  August 14, 1997        Decided:  August 20, 1997

_____

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ricky L. Lewis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his complaint alleging violations under 42 U.S.C. §§ 1983-1986 (1994). We have reviewed the record and the district court's opinion dismissing the action under 28 U.S.C. § 1915(d) (1994) as frivolous (current version at 28 U.S.C.A. § 1915(e)(2) (West Supp. 1997)), and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Lewis v. Matko, No. CA-96-200-1 (N.D.W. Va. Nov. 22, 1996). To the extent the order is unclear, the dismissal is without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED